KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

VINEET GAURI (ILSBN 6242953)
Special Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, CA 94612
    Telephone: (510) 637-3924
    Facsimile: (510) 637-3724
    Vineet.Gauri@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> DANA EFFREM PHARR, ) <br> ) <br>     Defendant. ) <br> ) <br> _____ ) | No.   CR-06-00344-CW <br><br> ORDER OF EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET SEQ. |

**ORDER**

    Based on the reasons provided in the stipulation of the parties above, it is ORDERED that time be excluded under the Speedy Trial Act from June 14, 2006 to June 20, 2006 based on the need for defense counsel to review discovery and investigate this case. The Court finds that the ends of

- 1 -

1  justice would be served by granting the exclusion.

2

3  DATED:  June 15, 2006

4

5

6

7  _____
8  HON. WAYNE D. BRAZIL
   UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Wayne D. Brazil*
(Seal: United States District Court, Northern District of California)

- 2 -