FILED
FEB - 5 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No: CR06-00344 CW |
| Plaintiff, ) | ORDER RE: CLOTHING |
| Vs. ) | |
| DANA E. PHARR ) | |
| Defendant ) | |

WHEREFORE GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT the Glen Dyer Detention Facility shall take possession of the personal clothing items of defendant DANA PHARR, including sweat pants, sweatshirt, underclothing and socks.

IT IS FURTHER ORDERED THAT these items of personal clothing shall be given to defendant PHARR upon his release from the facility so that he may wear the clothing during transportation from Glen Dyer Detention Facility to a designated Bureau of Prison Facility.

SO ORDERED.

Dated: February 5 ,2007

*(signature)*
HONORABLE CLAUDIA WILKEN
U.S. District Court Judge
Northen District of California

USA v. DANA PHARR CR06-00344 CW
ORDER RE: CLOTHES